IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED DEC 0 9 2013

| | | |
|---|---|---|
| WAYNE GOODMAN, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 13-3485 |
| | : | |
| JOHN WETZEL, et al., | : | |
| Respondents. | : | |

## ORDER

**BERLE M. SCHILLER, J.**

AND NOW, this ___ day of _____ , 2013, upon careful and independent

consideration of the petition for a writ of habeas corpus, and after review of the Report and

Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's petition for a writ of habeas corpus is STAYED and held in ABEYANCE

   until the conclusion of Petitioner's state court proceedings.

3. Petitioner shall return to federal court within thirty days following the conclusion of

   his state court proceedings.  If Petitioner does not return to federal court within that

   time, this stay and abeyance order will be vacated and his petition will be denied

   without prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

**ENTERED**

DEC 1 0 2013

**CLERK OF COURT**

BERLE M. SCHILLER
U.S. DISTRICT COURT JUDGE