IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED JUL 1 1 2016

| | | |
|---|---|---|
| WAYNE GOODMAN, Petitioner, | : | CIVIL ACTION |
| v. | : | No. 13-3485 |
| JOHN WETZEL, et al., Respondents. | : | |

**ORDER**

**BERLE M. SCHILLER, J.**

AND NOW, this 11 day of July, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's petition for a writ of habeas corpus shall continue to be STAYED and held in ABEYANCE pending the conclusion of Petitioner's state court proceedings on his petition to reconsider his sentence and his second petition filed pursuant to the Pennsylvania Post-Conviction Relief Act.

3. Petitioner shall return to this Court within thirty days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within that time, this stay and abeyance order will be vacated and his petition will be denied without prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER
U.S. DISTRICT COURT JUDGE

ENTERED

JUL 1 2 2016

CLERK OF COURT