IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE GOODMAN, Petitioner, | : | CIVIL ACTION |
| v. | : | No. 13-3485 |
| JOHN WETZEL, et al., Respondents. | : | |

FILED
AUG 08 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 8 day of Aug 2017, upon careful and independent consideration of Petitioner Wayne Goodman's petition for a writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Timothy R. Rice, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is conditionally GRANTED.

3. The Commonwealth shall release Mr. Goodman if he is not resentenced within 60 days of this Order.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.